UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE CAMACHO ORDONEZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-05440-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 15)

Petitioner is a federal immigration detainee proceeding with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted. (Doc. No. 15.) Specifically, the magistrate judge found that petitioner is not subject to mandatory detention pursuant to 8 U.S.C. § 1225(b) or § 1226(c), as argued by respondents. (*Id.* at 3–9.) Further, the assigned magistrate judge found that the appropriate remedy is petitioner's immediate release. (*Id.* at 9.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 9.) On July 28, 2026, respondents filed their objections, which are comprised of a single

sentence stating that they object to the findings and recommendation for the same reasons raised in their prior briefing. (Doc. No. 16.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 21, 2026 (Doc. No. 15) are ADOPTED IN FULL;
2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Jose Guadalupe Camacho Ordonez, A-File No. 222-557-143, from respondents' custody;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide him with notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;
3. The Clerk of Court is directed to serve the California City Detention Facility with a copy of this order; and
4. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

DATED: July 31, 2026

Troy L. Nunley
Chief United States District Judge